IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Wells Fargo Financial Leasing, Inc.

        Plaintiff

v.

Target Ad, Inc.

        Defendant.

Civil Action
No. 09-340

March 24, 2010

## ORDER

**AND NOW**, this 24 day of March, 2010, upon consideration of Plaintiff's Motion to Enter Judgment by Default, and for reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

default judgment is entered in favor of plaintiffs in the amount of $83,142.07, consisting of the balance of $61,858.87 due under the lease, taxes in the amount of $3,711.53, late charges in the amount of $617.20, insurance in the amount of $326.05, and attorney's fees in the amount of $16,628.42.

BY THE COURT:

_____
Pollak, J.